UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 17-01833 DOC (DFMx) | Date | May 1, 2018 |
|---|---|---|---|
| Title | North Star Innovations, Inc. v. Kingston Technology Company, Inc. | | |

| Present: The Honorable | Douglas F. McCormick | |
|---|---|---|
| Denise Vo | | CS 05/01/18 |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| David Skeels | | Christopher Kao |
| Ryan Hatch | | |

**Proceedings:**   Defendant Kingston Technology Company, Inc.'s Motion to Dismiss Plaintiff's Complaint Under Rule 12(b)(6) [20]

    Cause called and counsel make their appearances. The Court's tentative ruling is issued.   Counsel make their argument. The Court takes the matter under submission.

                                                                       : 20

Initials of Clerk    dv