|   |   |
|---|---|
| NORTH STAR INNOVATIONS INC., <br><br>         Plaintiff, <br><br>         v. <br><br>KINGSTON TECHNOLOGY COMPANY, INC., <br><br>         Defendant. | No. SA CV 17-01833-DOC (DFM) <br><br>Order Accepting Findings and Recommendations of United States Magistrate Judge |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint (Dkt. 7) filed by North Star Innovations Inc. ("Plaintiff"), the Motion to Dismiss the Complaint (Dkt. 20), the Opposition (Dkt. 24) and Reply (Dkt. 26) briefs relating thereto, the Supplement to the Notice of the Motion to Dismiss (Dkt. 37), and the Findings and Recommendations of the assigned United States Magistrate Judge (Dkt. 38). Further, the Court has reviewed Plaintiff's written objections to the Report and Recommendation (Dkt. 40) and the response by Kingston Technology Company, Inc. ("Defendant") (Dkt. 42) and made a de novo determination of those portions of the Report and Recommendation to which objections are made.

IT IS HEREBY ORDERED that: (1) the Findings and Recommendations (Dkt. 38) is approved an accepted; and (2) Defendant's Motion to Dismiss (Dkt. 20) is GRANTED and Plaintiff's claims are dismissed with leave to amend.

Dated: June 25, 2018

*[signature: David O. Carter]*

DAVID O. CARTER
United States District Judge